1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   United States Courthouse
3  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
4  Telephone: 520-620-7300
   Attorneys for Plaintiff
5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8  United States of America,          )    Magistrate Judge's Case No.
                                      )       **20-04405MJ**
9                  Plaintiff,          )
                                      )
10     vs.                            )    AFFIDAVIT FOR DETENTION OF
                                      )    MATERIAL WITNESSES
11  Shatifah S. Lobley,               )
    Richard Morris,                   )
12                                    )
                                      )
13                 Defendants.        )
                                      )
14 _____

15  _Ricardo H Islava_____  on oath, deposes and states:
        (Name of Affiant)
16

17      1.    I am a Border Patrol Agent of the United States Border Patrol, Department

18 of Homeland Security, Tucson, Arizona, and make this affidavit as such officer.

19      2.    A criminal complaint in this matter has been filed charging that Shatifah S.

20 Lobley and Richard Morris did knowingly transport certain illegal aliens, Giovana Teresa

21 Reynoso-Navarro and Enrique Nava-Garcia, hereinafter called "witnesses," in the United

22 States, knowing or in reckless disregard of the fact that the witnesses had come to, entered,

23 or remained in the United States in violation of law.

24      3.    The said witnesses have testimony to give in said matter of a material nature

25 in that the witnesses illegally entered the United States and the defendant did transport in

26 the United States in any manner whatsoever, said witnesses, regardless of any official

action which may later be taken with respect to such witnesses which is a violation of law.

4.     The above witnesses are citizens and residents of Peru and Mexico, who entered the United States illegally and who would return to Peru and Mexico to reside if released in the proceeding.

5.     Because of the above, the presence of the witnesses in further proceedings in the within matter could not be required by subpoena of the court system of the United States, and securing such presence by subpoena would become impracticable.

6.     I therefore request that the above-named aliens be detained as witnesses for further proceedings in this case and that reasonable bail be set pursuant to Title 18, United States Code, Sections 3144 and 3142.

Border Patrol Agent
U.S. Border Patrol
Tucson, Arizona

Sworn and subscribed to before me this February 10, 2020.

United States Magistrate Judge

2