MICHAEL BAILEY
United States Attorney
District of Arizona
ANNA WRIGHT
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: anna.wright@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Morris Richard Jones III,<br>  aka Richard Morris,<br><br>Defendant. | Mag. No. 20-04405M(LCK)-02<br>CR20-0777-TUC-JGZ-LCK<br><u>INFORMATION</u><br><br>Violation:   8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>               8 U.S.C. § 1324(a)(1)(A)(ii)<br>               8 U.S.C. § 1324(a)(1)(B)(i)<br><br>(Conspiracy to Transport Illegal Aliens for Profit)<br><br>**Felony** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

From a date unknown to on or about February 8, 2020, in the District of Arizona, Morris Richard Jones III, aka Richard Morris, did knowingly and intentionally combine, conspire, confederate, and agree with various persons known and unknown, to transport and move Giovana Teresa Reynoso-Navarro and Enrique Nava-Garcia, illegal aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law for the purpose of commercial advantage or private financial gain all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

MICHAEL BAILEY
United States Attorney
District of Arizona

3/2/20
Date

ANNA WRIGHT
Assistant U.S. Attorney