Arthur Zaragoza, Esq.
120 S. Harrison Rd, Ste. 138-155
Tucson, AZ 85748-6731
520-471-6000
SBN #020081

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: CR-4-20-00777-JGZ-1 |
| vs. | ) DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR VARIANCE |
| Morris Richard Jones III, | ) |
| Defendant | ) |

Defendant Morris Richard Jones III, by undersigned counsel, hereby submits her Sentencing Memorandum for the Court's consideration at sentencing. Mr. Morris has no objection to the Guidelines calculations contained in the Presentence Report. Mr. Jones requests that the Court grant his motion for a variance, and sentence him to three years of probation, as opposed to the 9 month prison sentence recommended in the Pre Sentence Report, for the following reasons:

Morris Richard Jones III, is 34 years old, is extremely remorseful for committing the crime of Transportation of Illegal Aliens for Profit. In fact, Mr. Jones immediately took full responsibility for his actions, which resulted in his co Defendant's plea being reduced as she was a minimal participant and lacked sufficient knowledge of the events leading up to the crime of transportation of illegal aliens for profit. Mr. Jones's parents separated when he was 4 years old. He has seven maternal half siblings and nine paternal half siblings. His mother struggled financially to support her family and Mr. Jones was raised with limited contact with her due to his mother working long hours. Without proper parental guidance and finances, he started to get into trouble at an early age and by age 18 (2003), he was

sentenced to 3 years in prison. He went to prison again at age 21, where he was sentenced to 5 years in prison and another 24 months consecutive. Both offenses were the result of carrying a firearm after being convicted of a felony (drug offense). During his prison sentence, Mr. Jones participated in drug treatment, worked as a cook and an orderly and obtained his GED.

Since release in this case, Mr. Jones has been gainfully employed and has been supporting his girlfriend and they are expecting a child together in July of this year.

Through out his life Mr. Jones has suffered from poor upbringing and this is reflected in his many Juvenile charges. It is unfortunate that Mr. Jones never had the guidance and support necessary to live a trouble free life. He is intelligent and caring. His goal is to remain employed, support his family and stay out of trouble. He moved to Phoenix in July of 2019 for health reasons. He has fully complied with his release conditions. At his young age, he suffers from several health issues including respiratory and heart issues. He has also suffered from seizures. A 9 month sentence of imprisonment is not necessary in Mr. Jones case and with Covid 19 being a major concern for him, as with his medical condition and history, this could be a death sentence, Mr. Jones asks this court for a variance and a three year sentence of probation.

Pursuant to 18 U.S.C. 3553(a), the Court will take into account the individual characteristics in fashioning a sentence that is no greater than necessary, but which fulfills the sentencing goals of punishment, deterrence, teaching respect for the law, and protecting the public. We believe that a sentence of 36 months of probation is a sufficient, but not greater than necessary, sentence to achieve the ends of justice and all of the goals of sentencing

. . .

. . .

. . .

For these reasons, he asks that the Court grant him a variance, and to sentence him to 3 years of probation, which will be sufficient to meet the goals of §3553(a).

Dated this 26th day of May, 2020.

                                                                                                  s/Arthur Zaragoza
                                                                                                    Arthur Zaragoza,
                                                                                                    Attorney for Defendant

I hereby certify that on May 26, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

AUSA Anna M. Wright, Esq.