Law Office of Arthur Zaragoza
120 S. Houghton Road, Suite 138-155
Tucson, Arizona 85748-6731
SBN #020081
PCB #65378

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CR-4-20-00777-JGZ-1 |
| | ) |
| vs. | ) 1 st Motion for Travel to Tulsa Oklahoma |
| | ) Telephonic Argument by Defense Counsel, Arthur |
| Morris Richard Jones III, | ) Zaragoza requested |
| | ) |
| Defendant | ) |

COMES NOW, Morris Richard Jones III, by and through his counsel, Arthur Zaragoza, and moves court for an Order allowing Mr. Jones to travel from her residence in Phoenix, Arizona to Tuslsa, Oklahoma.  Mr. Jones states the following in support.

SUGGESTIONS IN SUPPORT

1. On February 8, 2020 Mr Jones was arrested and detained for Conspiracy to Transport Illegal Aliens for Profit and Harboring Illegal Aliens.

2. Morris Richard Jones III was released on his own Recognizance with PTS supervision on February 10, 2020, at his Initial Appearance/Arraignment/Detention Hearing.

3. Morris accepted the Government's Plea offer, on Tuesday, March 3, 2020, his sentencing is set for September 16, 2020, at 11:30 a.m.

4. Pretrial Services Officer Emmanual Briseno, 602-647-1376, was contacted on regarding the request to travel and Emmanual has no objection to the travel request.

5. Morris Richard Jones III, requests travel to Tulsa Oklahoma, to celebrate his birthday with his four children, ages 5, 7, 13, and 16. He would like to travel from July 15-18th, 2020

6. The defendant has been compliant with conditions of his release.

7. PTS Officer Emanuel Briseno requests that the order directs Morris Richard Jones III to call Mr. Emanuel Briseno prior to his departure and upon his return.

8. AUSA Anna Wright has been contacted and has objections to the travel request.

WHEREFORE, defendant, Patricia Sanchez respectfully requests this court for an Order allowing her to leave Phoenix, Arizona, on July 15, 2020 and returning July 19, 2020 or for whatever other relief this court deems just and proper.

Respectfully submitted this 6th day of July, 2020.

s/Arthur Zaragoza
Arthur Zaragoza
Attorney for Defendant

I hereby certify that on the 7th day of July, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Assistant U.S. Anna Wright, Esq.