MICHAEL BAILEY
United States Attorney
District of Arizona
ANNA R. WRIGHT
Assistant United States Attorney
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: anna.wright@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 20-cr-00777-JGZ-1 |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S FIRST MOTION FOR TRAVEL |
| vs. | |
| Morris Richard Jones III, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby responds in opposition to the defendant's First Motion for Travel. (Doc. 46). In setting conditions of release, the Court may set the least restrictive conditions that will reasonably assure the appearance of the person and the safety of any other person and the community. 18 U.S.C. § 3142(c)(1)(B). Here, nonessential travel between two COVID-19 hotspots presents a danger to the defendant's family and the community at large. The defendant cannot reasonably assure the Court that his travel will not endanger others for several reasons.

First, his request involves travel between two COVID-19 hotspots. As has been widely reported, both Arizona and Tulsa, Oklahoma, have recently experienced a dramatic spike in COVID-19 diagnoses and hospitalizations.[1] While Arizona has not yet imposed

---

[1] *See Arizona coronavirus cases top 105,000; 10,184 in Tucson Area*, ARIZONA DAILY STAR, July 7, 2020 (available at https://tucson.com/news/local/arizona-coronavirus-cases-top-105-000-10-184-in-tucson-area/article_3bc089dc-c064-11ea-baeb-3341bdc1acd3.html#tracking-

travel related restrictions, several other states now require individuals travelling from Arizona to quarantine themselves.[2] Oklahoma encourages its residents to seriously evaluate whether to undertake non-essential travel within the United States, because "[c]rowded travel settings, like airports, may increase [the] risk of exposure to COVID-19, if there are other travelers with COVID-19."[3] Where COVID-19 is spreading in both the departure and destination locations, the traveler risks passing COVID-19 to others and a higher risk of contracting COVID-19 as a result of the traveler.[4] Here, the defendant proposes to travel presumably by plane from one area where COVID-19 is spreading to another and back again. This creates an unnecessary risk of increased risk of the defendant becoming infected or infecting others.

Second, asymptomatic or pre-symptomatic carriers can easily transmit the virus to others, including vulnerable individuals.[5] This means that, even if the defendant takes all recommended precautions for mitigating the spread of the virus, he could still become infected while travelling without knowing it. The virus can be fatal or cause long-lasting serious health effects for vulnerable populations, including pregnant women and diabetics.[6]

---

source=home-top-story-1); Okla. State Dept. of Health, "News," https://coronavirus.health.ok.gov/news (last visited July 7, 2020).

[2] *See* M. Yeager and W. Johnson, *Arizona travel restrictions: These states are limiting travel or requiring quarantine*, ARIZONA REPUBLIC, July 2, 2020 (available at www.azcentral.com/story/travel/2020/06/19/arizona-travel-restrictions-states-limited-travel-due-covid-19/3213576001/).

[3] Okla. State Dept. of Health, "COVID-19 Traveling within the United States" (published March 16, 2020) (attached as Exhibit 1).

[4] *See id.*

[5] *See* CDC, "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission," www.cdc.gov/coronavirus/2019-ncov/community/community-mitigation.html (updated May 27, 2020; last visited July 7, 2020).

[6] *See* CDC, "Tracking data on COVID-19 during pregnancy can protect pregnant women and their babies," www.cdc.gov/coronavirus/2019-ncov/cases-updates/special-populations/pregnancy-data-on-covid-19.html (updated June 25, 2020; last visited July 7, 2020); CDC, "People with Certain Medical Conditions," www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fneed-extra-precautions%2Fgroups-at-higher-risk.html (updated June 25, 2020; last visited July 7, 2020); J. Demers, *COVID-19 hospitalizations will have long-term impact on*

This is especially troubling here, because the defendant has close contact with at least two vulnerable family members in Arizona. The defendant's wife is pregnant with their first child and is due to give birth this month. (Doc. 42 at ¶ 57). The defendant's father, who lives in Phoenix, is diabetic and was previously cared for by the defendant when his developed health issues related to his diabetes in July 2019. (*Id.* at ¶ 56).

Third, the defendant's travel plans necessarily involve close contact with minor children from several households. The defendant proposes celebrating his birthday "with his four children, ages 5, 7, 13, and 16" in Tulsa, Oklahoma. (Doc. 46 at ¶ 5). According to the PSR, the defendant has five children by four different women in Tulsa, ranging in age from 6 to 16 years old. (Doc. 42 at ¶ 54). This means that the possibilities for infection and transmission are necessarily higher than if the defendant was visiting one household. In addition, his request to travel does not indicate where he will stay, what assurances he has regarding the children's precautions and health, where the celebration(s) will take place, what precautions will be taken at the celebration(s), or what precautions he will take after the celebration(s).

Fourth, the defendant's travel is non-essential. As has been widely reported, many people in affected areas are changing their plans for major life events like weddings and funerals in order to avoid unnecessary travel and gatherings.[7] Some people are choosing to hold these events remotely using applications or websites.[8] The defendant has offered no reason why these alternatives are not viable for his birthday celebration.

---

*patients, health care system*, ARIZONA DAILY STAR, July 5, 2020 (available at https://tucson.com/news/local/covid-19-hospitalizations-will-have-long-term-impact-on-patients-health-care-system/article_6b2d0926-cdf9-5bd8-ad9d-f8c16233ecbb.html ).

[7] *See* N. Lelyveld, *A change of plans, not of heart: Angelenos say 'I do' in weddings scaled back by coronavirus*, LOS ANGELES TIMES, June 22, 2020 (available at www.latimes.com/california/story/2020-06-22/la-me-coronavirus-wedding-postponed); H. Branson-Potts and J. Kaleem, *How can you grieve without a funeral? As coronavirus restrictions grow, families make heartbreaking choices*, LOS ANGELES TIMES, March 20, 2020 (available at www.latimes.com/world-nation/story/2020-03-19/coronavirus-funerals-delayed-us-california).

[8] *See* M. Meisenzahl, *This is what getting married over Zoom is like, according to 2 couples who had to change their wedding plans due to the coronavirus*, BUSINESS INSIDER, April 23, 2020 (available at www.businessinsider.com/zoom-weddings-during-coronavirus-photos-2020-4).

For the reasons discussed above, the government opposes the defendant's request to travel from Arizona to Tulsa, Oklahoma.

Respectfully submitted this 7th day of July, 2020.

                                    MICHAEL BAILEY
                                    United States Attorney
                                    District of Arizona

                                    */s/ Anna R. Wright*

                                    ANNA R. WRIGHT
                                    Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 7th day of July, 2020, to:

All ECF participants