Petition12C – Rev. 6/18



☒ FILED   ☐ LODGED

**MAY 28 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Probation

**T-SEALED**

| | | | |
|---|---|---|---|
| Name of Offender: | **Morris Richard Jones, III** | Case No.: | **CR-20-00777-001-TUC-JGZ (LCK)** |
| Name of Judicial Officer: | **The Honorable Jennifer G. Zipps**<br>**United States District Judge** | | |
| Date of Original Sentence: | **9/8/2020** | | |
| Original Offense: | **Count 1: Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage of Private Financial Gain, 8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(i), a Class C Felony** | | |
| Original Sentence: | **36 months Probation** | | |
| Type of Supervision: | **Probation** | Date Supervision Commenced: | **9/8/2020** |
| | | Date Supervision Expires: | **9/7/2023** |
| Assistant U.S. Attorney: | **Anna R. Wright**<br>**520-620-7446** | Defense Attorney: | **Arthur Zaragoza**<br>**520-471-6000** |

Petitioning the Court to issue a Warrant to Revoke Probation

The probation officer alleges Morris Richard Jones, III has violated the following condition(s) of supervision:

**Allegation**     **Nature of Noncompliance**

A   **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

1) On or about April 7, 2021, Jones used an illegal substance, to wit: marijuana. Available evidence includes a signed admission form and testimony from the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).

2) On or about May 15, 2021, Jones used an illegal substance, to wit: cocaine. Available evidence includes a signed admission form and probation officer testimony. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).

CC: AUSA: A. Wright, PO, USM                                         Copies distributed

Page 2
RE:  Morris Richard Jones, III
Petition to Revoke Probation
May 28, 2021

**U.S. Probation Officer Recommendation and Justification**

Morris Richard Jones, III has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Morris Richard Jones, III will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____     5/28/2021
Xochilt Alvarez                              Date
U.S. Probation Officer
Office:  602-682-4325
Cell:  602-377-3153


_____     5/28/2021
For: Ariel Palafox                          Date
Supervisory U.S. Probation Officer
Office:  602-682-4342
Cell:  602-725-3573


The Court Orders

☐     No Action
☒     The Issuance of a Warrant
☐     The Issuance of a Summons
☐     Other


_____     05/28/2021
The Honorable Leslie A. Bowman     Date
United States Magistrate Judge
For: The Honorable Jennifer G. Zipps
United States District Judge