☒ FILED ☐ LODGED

**Jun 17 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
for
Arizona

Superseding Petition for Warrant to Revoke Probation

**T-SEALED**

| | | |
|---|---|---|
| Name of Offender: | **Morris Richard Jones, III** | Case No.: **CR-20-00777-001-TUC-JGZ (LCK)** |
| Name of Judicial Officer: | **The Honorable Jennifer G. Zipps**<br>**United States District Judge** | |

Date of Original Sentence: **9/8/2020**

Original Offense: **Count 1: Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain, 8 U.S.C. § 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i), a Class C Felony**

Original Sentence: **36 months' Probation**

| | | |
|---|---|---|
| Type of Supervision: | **Probation** | Date Supervision Commenced: **9/8/2020**<br>Date Supervision Expires: **9/7/2023** |
| Assistant U.S. Attorney: | **Anna Roberta Wright**<br>**520-620-7446** | Defense Attorney: **Arthur Zaragoza**<br>**520-471-6000** |

---

Superseding Petition to Revoke Probation

On May 28, 2021, the Court authorized a petition for warrant for probation violations. Information has been received since the issuance of the underlying petition which would support additional allegations. New violation conduct is alleged under Allegation A, Subsection 3, and B. As such, the probation officer respectfully recommends the Court authorize the superseding petition and order such filed as part of the records in this case.

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | 1) On or about April 7, 2021, Jones used an illegal substance, to wit: marijuana. Available evidence includes a signed admission form and testimony from the probation officer. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B). |

CC: AUSA: A. Wright, PO, USM                                                    Copies distributed

    2) On or about May 15, 2021, Jones used an illegal substance, to wit: cocaine. Available evidence includes a signed admission form and probation officer testimony. Grade C violation. U.S.S.G. §7B1.1(a)(3)(B).

    3) On or about May 26, 2021, Jones used an illegal substance, to wit: cocaine. This is evidenced by Abbott Drug Test Report B04738070. Grade C violation U.S.S.G. § 7B1.1(a)(3).

B     **Mandatory Condition #1** which states, You must not commit another federal, state or local crime.

    1) On or about May 28, 2021, Jones committed the offense of Assault, a Class 1 Misdemeanor offense in violation of A.R.S. 13-1203(A)(1). Specifically, Jones punched his ex-girlfriend in the face with a closed fist during an argument. This is evidenced by Phoenix Police Report No. 2021-827524. Grade C violation. §7B1.1(a)(3).

    2) On or about May 28, 2021, Jones committed the offense of Theft, a Class 6 felony, in violation of A.R.S. 13-1802(A)(1). Specifically, Jones took his ex-girlfriend's 9-millimeter firearm without permission after assaulting her. This is evidenced by Phoenix Police Report No. 2021-827524. Grade B violation. §7B1.1(a)(2).

**U.S. Probation Officer Recommendation and Justification**

Morris Richard Jones, III has violated the trust of the Court. It is respectfully recommended the superseding petition be adopted as part of the record and a warrant be issued for the defendant's arrest to initiate Court proceedings. Morris Richard Jones, III is considered a danger given allegations of criminal behavior.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_Xalvarez_                                      6/17/2021

Xochilt Alvarez                                Date
U.S. Probation Officer
Office: 602-682-4325
Cell: 602-377-3153

| | |
|---|---|
| *[signature]* | 6/17/2021 |
| Ariel Palafox | Date |
| Supervisory U.S. Probation Officer | |
| Office: 602-682-4342 | |
| Cell: 602-725-3573 | |

## ORDER OF THE COURT

The Court finds probable cause to believe the defendant has violated the conditions of supervision. The Court orders the issuance of a warrant for Richard Morris Jones III.

Considered and ordered this __17th__ day of June, 2021 and ordered filed and made a part of the records in the above case.

| | |
|---|---|
| *[signature]* | 6/17/2021 |
| The Honorable Jennifer G. Zipps | Date |
| United States District Judge | |