## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**

v.

**Morris Richard Jones, III**

No. CR-20-00777-001-TUC-JGZ (LCK)

**JUDGMENT AND COMMITMENT REVOCATION OF PROBATION**

Arthur Zaragoza (CJA)
Attorney for Defendant

USM#: 10007-062

On 9/8/2020 the defendant, present with counsel, appeared for sentencing for violating, Title 8 U.S.C. §§1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain, Class C Felony offense, as charged in the Information.

The defendant was placed on a term of THIRTY-SIX (36) MONTHS probation.

On 5/28/2021 the United States Probation Office filed a petition to revoke the term of probation and on 6/17/2021 a superseding petition was filed.

On 8/11/2021 the defendant appeared with counsel and admitted allegation A as reflected in the superseding petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of probation imposed on 9/8/2020 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **FIVE (5) MONTHS PLUS TWO (2) DAYS** and upon release, **THIRTY-SIX (36) MONTHS** of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

## SPECIAL CONDITIONS

In addition to the mandatory and standard conditions of supervised release pursuant to General Order 17-18, the defendant shall also comply with the following special conditions:

1) You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

2) You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.
3) You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.
4) You must not be involved with gang activity, possess any gang paraphernalia or knowingly communicate or associate with any person affiliated with a gang.
5) You must not use or possess alcohol or alcoholic beverages.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

The defendant previously waived the right to appeal.

The Court affirms any previous order imposing special assessment, fine or restitution in this case.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Tuesday, September 14, 2021**

Dated this 15th day of September, 2021.

_____
Honorable Jennifer G. Zipps
United States District Judge